UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 19-mj-07275 |
| | ) |
| STEVEN PRUITT, JR., | ) |
|     Defendant | ) |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Paul Barton, Special Agent, Deputy U.S. Marshal, do hereby make oath before the Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there are presently outstanding two arrest warrants for STEVEN PRUITT, JR. issued by the United States District Court for the Middle District of Alabama.

The first warrant, issued on June 12, 2019, charges the defendant with committing a pretrial release violation by being charged in Montgomery, Alabama District Court on June 12, 2019, with Stalking, 1st Degree, in violation of § 13A-6-90(a) of the Code of Alabama, and Theft of Property, 3d Degree, in violation of § 13-A-4 of the Code of Alabama. A copy is attached as Exhibit A.

The second arrest warrant, issued on June 24, 2019, charges the defendant with Failure to Appear, in violation of 18 U.S.C. § 3146. A copy is attached as Exhibit B.

I do hereby make oath that these arrest warrants are outstanding in said District on the basis of the information set out above.

_____
PAUL BARTON
Deputy U.S. Marshal

Subscribed and sworn to before me this 31st day of July, 2019.

_____
JENNIFER C. BOAL
United States Magistrate Judge

# EXHIBIT A

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18CR106-MHT-GMB-003 |
| | ) | |
| Steven Pruitt, Jr. | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Steven Pruitt, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Pretrial Release Violation Petition
☐ Order of the Court

This offense is briefly described as follows:

Stalking, 1st Degree
TOP, 3rd Degree

**COPY**
ORIGINAL WARRANT ON FILE
THIS COPY FOR INVESTIGATIVE
PURPOSES ONLY

Date: 6/12/19

_____
Issuing officer's signature

City and state: Montgomery, Alabama

_____
Printed name and title

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ | |
| Date: _____ | _____ Arresting officer's signature |
| | _____ Printed name and title |

PS 12C
(9/27/2017)

# United States District Court
## for
## Middle District of Alabama

## Petition for Warrant or Summons for Defendant Under Pretrial Release Supervision

Name of Defendant: Steven Pruitt, Jr.                    Case Number: 2:18CR106-MHT-GMB-003

Name of Releasing Judicial Officer: The Honorable Gray M. Borden

Dates of Release: October 4, 2018, and April 18, 2019, following motion hearing to reinstate bond upon withdraw of guilty plea

Original Offense: Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Marijuana
Count 2: Possession with Intent to Distribute Marijuana
Count 3: Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Date of Next Court Appearance: Trial date set for June 24, 2019

Type of Release: Pretrial Release                    Date Supervision Commenced: October 4, 2019, and April 18, 2019

Assistant U.S. Attorney: Kevin Davidson                    Defense Attorney: Benjamin Schoettker

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| (1): The defendant must not violate any federal, state, or local law while on release. | On June 12, 2019, the defendant was charged in the Montgomery County District Court with Stalking, 1st Degree, in violation of § 13A-6-90(a) of the Code of Alabama, in that, on or about June 12, 2019, the defendant sent vulgar photographs and implied threats to the victim, Tammy Howerton. Additionally, the defendant sent photograph(s) of an AK-47 style rifle to the victim in the same threatening text message. |
| (1): The defendant must not violate any federal, state, or local law while on release. | On June 12, 2019, the defendant was charged in the Montgomery County District Court with Theft of Property, 3rd Degree, in violation of § 13-A-4 of the Code of Alabama, in that on or about June 10, 2019, the defendant unlawfully took approximately $1,049.81 from a cash register and currency bag, the property of Chevron Fuel Station located at 7635 Mobile Highway, Hope Hull, Alabama. |

Case 1:19-mj-07275 Document 1 Filed 07/31/19 Page 3 of 3

Honorable Gray M. Borden
June 12, 2019
Page 2

RE: Pruitt, Steven Jr.
Dkt. # 2:18CR106-MHT-GMB-003
PS 12C

U.S. Probation Officer Recommendation:

☒ The term of release should be:

    ☒ revoked.

☐ The conditions of release should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by   /s/ Jason Dillon
      United States Probation Officer

Date: June 12, 2019

Reviewed and approved by:   /s/ Darren Kennemer
                                 Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

                              /s/ GRAY M. BORDEN
                          UNITED STATES MAGISTRATE JUDGE

                                    6/12/2019
                                        Date

# EXHIBIT B

*1070067 1*

◌AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

STEVEN PRUITT, JR.

**BENCH WARRANT FOR ARREST**

Case Number:  2:18cr106-MHT

U.S. MARSHALS SERVICE
MIDDLE ALABAMA
2019 JUN 24 AM 11: 29
RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __STEVEN PRUITT, JR.__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

**FAILURE TO APPEAR**

in violation of Title _____18_____ United States Code, Section(s) __3146__

__DEBRA P. HACKETT__
Name of Issuing Officer

BY: _[signature]_
Signature of Issuing Officer

__CLERK of COURT__
Title of Issuing Officer - CLERK

__6/247/2019 - Montgomery, AL.__
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |